UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  4:15-CR-40024-003 |
| | ) | |
| SCOTT OGLESBY | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on September 16, 2015, be on the same day hereby dismissed without prejudice as to Defendant Scott Oglesby only.

Entered on this 15th day of April, 2016.

**/s/ Harry F. Barnes**
Honorable Harry F. Barnes
United States District Judge
Western District of Arkansas